

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00329-CR

Jaime **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-6091
Honorable Kevin M. O'Connell, Judge Presiding

**ORDER**

This appeal is DISMISSED.

It is so **ORDERED** on July 3, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

_____
Keith E. Hottle, Clerk of Court